# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.
05 SEP 12 AM 9:09
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

| | |
|---|---|
| EDWARD JOHNSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| KENNY ARMSTRONG, et al., | CASE NO: 04-3023 Ml/V |
| Defendants. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Assessing Filing Fee, Order Denying Motion for Order Compelling Chancery Court, Order Denying Motion for Writ of Mandamus, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, Order Imposing Sanctions under 28 U.S.C. § 1915(g), and Notice of Appellate Filing Fee, entered September 9, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 9, 2005
Date

THOMAS M. GOULD
Clerk of Court

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-12-05



_____
(By)   /s/ Judy Easley, Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-03023 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Edward Johnson
NORTHWEST CORRECTIONAL COMPLEX
165254
960 State Route 212
Tiptonville, TN 38079

Honorable Jon McCalla
US DISTRICT COURT